

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00288-CV

**CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL ALICE,**
Appellant

v.

Aundria **HINOJOSA** and Florencio Hinojosa, V, Individually as Wrongful Death Beneficiaries of Florencio Hinojosa, VI, Deceased and on Behalf of Florencio Hinojosa, VI, deceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief of has been GRANTED. The Appellant's brief is due June 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court